# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | REBECCA J. FARMER |
| **Case Number:** | 16-24814-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 27, 2017 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#11 - Final Confirmation of Plan Dated 1/5/2017 (NFC)
R / M #:  11 / 0

### *Appearances:*

A. Steidl

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  11/2/17  at  1:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JUL 27 P 3:24 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

7/17/2017   12:28:17PM