FILED
8/18/17 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| REBECCA J. FARMER, | : | Case No. 16-24814-GLT |
| *Debtor,* | : | Chapter 13 |
| REBECCA J. FARMER, | : | Related to Doc No. 33 and 34 |
| *Movant,* | : | |
| v. | : | |
| RUSHMORE LOAN MANAGEMENT SERVICES, | : | Hearing: September 6, 2017 at 9 am |
| *Respondent(s)* | : | |

## ORDER

This matter is before the Court upon consideration of the Debtor's ***Motion for Extension of the Loss Mitigation Period*** [Dkt. No. 33] and ***Amended Motion for Status Conference*** [Dkt. No. 34].

*AND NOW*, this **18th** day of ***August 2017,*** it is hereby **ORDERED, ADJUDGED** and **DECREED** that*:*

(1)     A ***Status Conference*** on the pending *Loss Mitigation Order*, dated March 1, 2017 [Dkt. No. 22], is scheduled for ***September 6, 2017 at 9 A.M.*** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant St., Pittsburgh, PA  15219.

(2)     The Court requires the appearance of Counsel for the Respondent/Creditor, (or in addition to Counsel anyone else appearing on Respondent's behalf) to have full and complete knowledge of the file and status of the case so that Counsel is capable

1

of answering any/all of the Court's questions regarding the status of the pending LMP application.

(3)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

(4)    The Loss Mitigation Period is extended through September 6, 2017.

Dated: 8/18/17

Gregory L. Taddonio    hct
U.S. Bankruptcy Judge

Case administrator to serve:
    Debtor
    Abagale Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24814-GLT
Rebecca J. Farmer                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 1            Date Rcvd: Aug 18, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db             +Rebecca J. Farmer,    222 North 3rd St.,    West Newton, PA 15089-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Debtor Rebecca J. Farmer asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff
           @steidl-steinberg.com;r53037@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4