IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24814-GLT |
| Rebecca J. Farmer, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| Rebecca J. Farmer, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Rushmore Loan Management Services | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 21, 2017, a true and correct copy of the *Order dated August 18, 2017 along with the Amended Motion for Status Conference* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Rushmore Loan Management Services
15480 Laguna Canyon Rd.
Irvine, CA 92618

Rebecca J. Farmer
222 North 3rd St.
West Newton, PA 15089

Michael McKeever, Esq.
KML Law Group
701 Market St. #500
Philadelphia, PA 19106


Date of Service:     August 21, 2017     /s/ Jessica Barlow_____
Jessica Barlow
Paralegal
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
jbarlow@steidl-steinberg.com