IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 07 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re: : Case No.: 16-24814-GLT
: Chapter: 13
Rebecca J. Farmer :
:
: Date: 9/6/2017
*Debtor(s).* : Time: 09:00

## PROCEEDING MEMO

**MATTER:** Status Conference # 33 - Second Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
Debtor: Julie Steidl

**NOTES:**

Steidl: Rushmore Loan Services is not answering questions regarding its proposed trial modification, and the numbers do not appear to add up. The monthly payments were tripled from $600 to $1,800.

Court: It doesn't appear that this issue was raised on the portal.

**OUTCOME:**

1. The status conference [Dkt. No. 33] is continued to October 4, 2017 at 10:00 a.m. (Text Order to issue.)

2. On or before September 13, 2017, the Debtor shall identify communication issues with respect to the trial modification to the extent any exist through the loss-mitigation portal to Rushmore Loan Services. (Text Order to issue.)

3. An Order to Show Cause shall be issued against Rushmore Loan Services for its failure to appear at the September 6, 2017 hearing. (Chambers to issue.)

**DATED:** 9/6/2017