FILED
9/8/17 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 16-24814-GLT |
| | : | Chapter 13 |
| REBECCA J. FARMER, | : | |
| | : | Related to Dkt. Nos. 33, 35, 36 |
| *Debtor.* | : | |
| | : | |
| REBECCA J. FARMER, | : | |
| | : | |
| *Movant*, | : | |
| | : | |
| Vs. | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT SERVICES, | : | Hearing:  October 4, 2017 at 9:00 a.m. |
| | : | |
| *Respondent*. | : | Response Due:  September 27, 2017 |

**ORDER TO SHOW CAUSE AGAINST
<u>RUSHMORE LOAN MANAGEMENT SERVICES</u>**

This matter came before the Court upon the Debtor's *Second Motion to Extend the Loss[-]Mitigation Period* [Dkt. No. 33] filed on August 16, 2017.  The Court entered an *Order* [Dkt. No. 35] on August 18, 2017 requiring counsel (or in addition to counsel anyone else appearing on its behalf) for creditor Rushmore Loan Management Services to appear personally at a status conference on September 6, 2017 to answer the Court's questions regarding the status of the Debtor's pending Loss Mitigation Program application.  No counsel or other representative for Rushmore Loan Management Services attended the status conference.

After a hearing addressing this matter and for the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1.    Counsel for Rushmore Loan Management Services shall personally appear at a hearing on **October 4, 2017 at 9:00 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219 to show cause why it should not be held in contempt of Court for failing to attend the September 6, 2017 hearing.

2.   On or before **September 27, 2017**, Rushmore Loan Management Services shall file any response to this *Order*.

Dated: September 8, 2017

_____
GREGORY␣␣TADDONIO   cgt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Counsel for Debtor
Ronda J. Winnecour, Esq.
US Office of the Trustee

Rushmore Loan Management Services

Rushmore Loan Management Services
c/o Corporation Service Co.
2595 Interstate Dr., Ste. 103
Harrisburg, PA 17110

James C. Warmbrodt, Esq.
KML Law Group, P.C.
701 Market St., Ste; 5000
Philadelphia, PA 19106

jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rebecca J. Farmer  
      Debtor

Case No. 16-24814-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Sep 08, 2017  
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db     +Rebecca J. Farmer, 222 North 3rd St., West Newton, PA 15089-1615
       +Rushmore Loan Management Services, c/o Corporation Service Co., 2595 Interstate Dr., Ste. 103, Harrisburg, PA 17110-9378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
      Abagale E. Steidl    on behalf of Debtor Rebecca J. Farmer asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com;r53037@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor  MTGLQ Investors, LP bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                       TOTAL: 4