IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-24814-GLT |
| Rebecca J. Farmer, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 42 |
| Rebecca J. Farmer, | : | |
| Movant | : | Hearing Date and Time: |
| | : | October 4, 2017 at 9:00 AM |
| v. | : | |
| | : | |
| Rushmore Loan Management Services | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 12, 2017, a true and correct copy of the *Order to Show Cause Against Rushmore Loan Management Services* was served by U. S. First Class Mail and Certified Mail, upon the following persons and parties:

First Class Mail

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Rushmore Loan Management Services
15480 Laguna Canyon Rd.
Irvine, CA 92618

Rebecca J. Farmer
222 North 3rd St.
West Newton, PA 15089

James Warmbrodt, Esquire
KML Law Group
701 Market St. #500
Philadelphia, PA 19106

Certified Mail

Rushmore Loan Management Services
15480 Laguna Canyon Rd.
Irvine, CA 92618

James Warmbrodt, Esquire
KML Law Group
701 Market St. #500
Philadelphia, PA 19106

|  |  |  |
|---|---|---|
| Date of Service: | September 12, 2017 | /s/ Jessica Barlow_____ |

                                                                                                           Jessica Barlow
Paralegal
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
jbarlow@steidl-steinberg.com