IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**OCT 05 2017**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                    :    Case No.:    16-24814-GLT
                                          :    Chapter:     13
Rebecca J. Farmer                         :
                                          :
                                          :    Date:        10/4/2017
            *Debtor(s).*                  :    Time:        09:00

## PROCEEDING MEMO

**MATTER:**        # 42 - Hearing on Order to Show Cause against Rushmore Loan
                   Management Services
                         # 45 - Response filed by MTGLQ Investors, LP
                   # 33 - Con't Status Conference: Second Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
            Debtor:      Abagale E. Steidl
            Trustee:     Ronda J. Winnecour
            Rushmore:    James Warmbrodt

**NOTES:**

Warmbrodt: Apologizes for missing previous status conference. Rushmore will offer the Debtor a refreshed modification agreement. Looking at a start date on the modification payments in December. New payments will be in the neighborhood of the previous ones ($845), but may be lower. Clients have not yet addressed the issue of charging inspection fees to the Debtor.

Court: The Court's disposition toward charging those inspection fees to the Debtor during a bankruptcy is unfavorable.

**OUTCOME:**

1. The status conference [Dkt. No. 33] is concluded. (Text Order to issue.)

2. The loss-mitigation period is extended by 75 days. (Text Order to issue.)

**DATED:** 10/4/2017