# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | REBECCA J. FARMER |
| Case Number: | 16-24814-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 02, 2017 01:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*FILED 2017 NOV -6 A 9:31 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

**Matter:**

#11 - Continued Confirmation of Plan Dated 1/5/2017 (NFC)
R / M #: 11 / 0

**Appearances:**

Debtor: Frye
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 11/30/17
   Objections are due on or before 12/14/17
   A hearing on the Amended Plan is set for 12/21/17 @ 2:00 pm
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*LMP concluded / Debtor rejected*

*Need amended plan to deal with mortgage claim*

10/27/2017    9:06:36AM