**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankruptcy Case No.: 16–24814–GLT
                                                                                Issued Per 11/2/2017 Proceeding
                                                                                Chapter: 13
                                                                                Docket No.: 54 – 11
                                                                                Conciliation Conference Date: 12/21/17 at 02:00 PM

**Rebecca J. Farmer**
   Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____         _____
                    (Date)                                                (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rebecca J. Farmer  
      Debtor

Case No. 16-24814-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: dbas  Page 1 of 1  Date Rcvd: Nov 06, 2017  
Form ID: 150  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db        +Rebecca J. Farmer,   222 North 3rd St.,   West Newton, PA 15089-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
    Abagale E. Steidl    on behalf of Debtor Rebecca J. Farmer asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;npalashoff@steidl-steinberg.com;r53037@notify.bestcase.com  
    James Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    TOTAL: 4