IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Rebecca Farmer | : | Case No. 16-24814 GLT |
| Debtor | : | Chapter 13 |
| | : | Related to Document No. |
| Rebecca Farmer | : | Related to Claim No. 6-1 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Rushmore Loan Management | : | |
| Respondent | : | |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 5, 2017, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Objection to Proof of Claim 6-1 Filed by Rushmore Loan Management* was served by U. S. First Class Mail, postage prepaid, and on December 20, 2017, the same documents were served by U.S.P.S. Certified Mail, upon the following persons and parties:

**By Regular US Mail** (Service executed 12.5.2017):

| | |
|---|---|
| Ronda J. Winnecour, Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Suite 970, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Rebecca J. Farmer<br>222 North 3rd St.<br>West Newton, PA 15089 | Rushmore Loan<br>Attn: Terry Smith, CEO<br>15480 Laguna Canyon Road<br>Suite 100<br>Irvine, CA 92618 |
| Rushmore Loan<br>Attn: James Warmbrodt, Esq.<br>KML Law Groupo<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106 | |

**By USPS- Certified Mail** (service executed 12.20.2017):

| | |
|---|---|
| Rushmore Loan<br>Attn: James Warmbrodt, Esq.<br>KML Law Groupo<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106 | Rushmore Loan<br>Attn: Terry Smith, CEO<br>15480 Laguna Canyon Rd.<br>Suite 100<br>Irvine, CA 92618 |

**By E-mail** (service executed 12.5.2017)**:**  James Warmbrodt, Esq.: Jwarmbrodt@kmllawgroup.com

Date of Service: 12/5/2017 and 12/20/2017     /s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217