# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

    **Debtor:** REBECCA J. FARMER
    **Case Number:** 16-24814-GLT      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, DECEMBER 21, 2017 02:00 PM    3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/29/17 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#58 - Amended Plan Dated 11/30/2017 (NFC)
R / M #: 58 / 0

## *Appearances:*

*A. Steidl* [handwritten]

  Debtor:
  Trustee: Winnecour / Bedford / (Pail) / Katz
  Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to __4/26/18__ at __1:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____.
         A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/201'   8:02:48AM