IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JAN 18 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                : Case No.:  16-24814-GLT
                                      : Chapter:   13
Rebecca J. Farmer                     :
                                      :
                                      : Date:      1/17/2018
            *Debtor(s).*              : Time:      09:30

## PROCEEDING MEMO

**MATTER:**    # 59 -Objection to Claim of Rushmore Loan Management at claim number 6.
              # 66 - Response filed by MTGLQ Investors, LP

**APPEARANCES:**
            Debtor:    Julie Steidl
            Trustee:   Owen Katz
            MTGLQ:     James Warmbrodt

**NOTES:**

Court: Why has MTGLQ not corrected its response pursuant to January 4, 2018 text order?

Warmbrodt: Apologizes. Will need to file an amended proof of claim. The interest due is also incorrect in the current proof of claim. Will need to work with Attorney Steidl with respect to any concerns about fees. Requests additional time.

**OUTCOME:**

1. On or before February 17, 2018, MTGLQ shall file an amended proof of Claim No. 6. If it does not, the Court will grant the objection [Dkt. No. 59] without further notice or hearing. (Text Order to issue).

2. The hearing on the objection [Dkt. No. 59] is continued to February 28, 2018 at 9:00 a.m. (Text Order to issue.)

3. On or before January 24, 2018, MTGLQ shall file an amended response which complies with the Court's January 4, 2018 text order [Dkt. No. 67].

**DATED:** 1/17/2018