IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Rebecca J. Farmer** | : : : : | Bankruptcy No. **16-24814** |
| Debtor | : : : | Chapter **13** |
| **Rebecca J. Farmer** | : : | Related to Document No. |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Abagale E. Steidl 319217**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Abagale E. Steidl**
   Signature
   **Abagale E. Steidl 319217**
   Typed Name
   **28th Floor - Gulf Tower**
   **707 Grant Street**
   **Pittsburgh, PA 15219-1908**
   Address
   **412-391-8000 Fax:412-391-0221**
   Phone No.
   **319217 PA**
   List Bar I.D. and State of Admission

Thomas C. Baumann, Esq.
Abes Baumann
810 Penn Avenue, 5th Floor
Pittsburgh, PA 15222