## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rebecca J. Farmer, | ) | Case No.  16-24814 |
| *Debtor* | ) | Chapter 13 |
| | ) | Document No. |
| Rebecca J. Farmer, | ) | |
| *Movant* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Rushmore Loan Management Services, Wells Fargo Dealer | ) | |
| Services, Capital One, Comenity Bank/HSN, Comenity Bank/ | ) | |
| Peebles, Discover Financial Services, SSA, SYNCB/Sam's Club, | ) | |
| Tex Collect, Office of the US Trustee, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on September 6, 2018, a true and correct copy of the *Order Approving Special Counsel for the Debtor* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.


Date of Service: <u>September 28, 2018</u>          <u>/s/ Abagale Steidl</u>
                                        Abagale Steidl, Esquire
                                        Attorney for the Debtors

                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        asteidl@steidl-steinberg.com
                                        PA I.D. No. 319217

Label Matrix for local noticing
0315-2
Case 16-24814-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Sep 28 13:56:38 EDT 2018

Abes Baumann, P.C.
810 Penn Avenue, Fifth Fl.
Pittsburgh, PA 15222-3614

Thomas C. Baumann
Law Office of Abes Baumann, PC
810 Penn Avenue, 5th Floor
Pittsburgh, PA 15222-3614

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank/HSN
PO Box 182120
Columbus, OH 43218-2120

Comenity Bank/Peebles
PO Box 182789
Columbus, OH 43218-2789

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Rebecca J. Farmer
222 North 3rd St.
West Newton, PA 15089-1615

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Michael McKeever, Esquire
KML Law Group
701 Market St #5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Rushmore Loan Management Services
15480 Laguna Canyon Rd.
Irvine, CA 92618-2132

Rushmore Loan Managment Services
15480 Laguna Canyon Rd.
Irvine, CA 92618-2132

SSA
300 Spring Garden Street
Philadelphia, PA 19123-2992

SYNCB/Sam's Club
PO Box 965005
Orlando, FL 32896-5005

Abagale E. Steidl
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219-1908

Tex Collect
PO Box 1269
Columbus, OH 43216-1269

Thomas C. Baumann, Esq.
Abes Baumann
810 Penn Avenue, 5th Floor
Pittsburgh, PA 15222-3614

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Bank, N.A., d/b/a WFDS
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Services
PO Box 1697
Winterville, NC 28590-1697

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial Service                  Portfolio Recovery Associates, LLC
PO Box 15316                                POB 12914
Wilmington, DE 19850                        Norfolk VA 23541




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)MTGLQ Investors, LP              (d)Rushmore Loan Management Services      End of Label Matrix
                                      P.O. Box 55004                         Mailable recipients   27
                                      Irvine, CA 92619-5004                  Bypassed recipients    2
                                                                             Total                 29