# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** REBECCA J. FARMER
- **Case Number:** 16-24814-GLT        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 27, 2018 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#58 - Continued Confirmation of Plan Dated 11/30/2017 (NFC)
R / M #:  58 / 0

### *Appearances:*

Debtor: Frye
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __12-6-18__ at __3:07__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/20/2018   10:09:34AM