# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** REBECCA J. FARMER
- **Case Number:** 16-24814-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 06, 2018 03:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#58 - Continued Confirmation of Plan Dated 11/30/2017 (NFC)
R / M #: 58 / 0

**Appearances:**

- Debtor: J. Steidl
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*Handwritten notes:*
- No payments since May.
- Plan payment proposed at $1000/month.
- Arrears $6000 thru December
- Trustee requests dismissal w/o prejudice as result of plan default.