FILED
12/11/18 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 16-24814-GLT |
| | : | Chapter 13 |
| REBECCA J. FARMER, | : | |
| | : | |
| Debtor(s). | : | |
| | : | |
| | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| | : | |
| Movant, | : | |
| | : | Hearing Date:  January 16, 2019 at 11:00 a.m. |
| v. | : | |
| | : | Response Date:  January 1, 2019 |
| REBECCA J. FARMER, | : | |
| | : | Related to Docket No. 91 |
| Respondent(s). | : | |

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

      YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

      YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the Motion **by no later than January 1, 2019**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

      YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **January 16, 2019** at **11:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

      YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the Motion, it may conduct a hearing to consider confirmation of the Debtor(s)' Chapter 13 Plan Dated November 30, 2017 [Dkt. No. 58] at the same date and time as the hearing on the Motion without additional notice to the parties.

      The Chapter 13 Trustee shall *immediately* serve this Notice on those persons and entities required to receive notice of the Motion pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing same.

Dated: December 11, 2018

GREGORY L. TADDONIO **drb**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-24814-GLT
Rebecca J. Farmer                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut            Page 1 of 1           Date Rcvd: Dec 11, 2018
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             +Rebecca J. Farmer,    222 North 3rd St.,    West Newton, PA 15089-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
          Abagale E. Steidl   on behalf of Debtor Rebecca J. Farmer asteidl@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
          ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James  Warmbrodt    on behalf of Creditor   Rushmore Loan Management Services
          bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 5