SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

       2. Case Administrator

UC

FROM:   Financial Administrator

DATE: 3/4/2019

CASE NAME: Farmer

CASE NUMBER: 16-24814-GLT

---

Check Number 1108545 in the amount of $ 45.05 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15290          Intake Clerk's Initials  ue

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED
2019 MAR -5 PM 4:09
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

03/05/2019

| | |
|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR    Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: REBECCA J. FARMER

Case No: 16-24814GLT

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Us Bank Trust Na - Trustee Of Tiki Series Iii Trust
C/O Sn Servicing Corp(*)
323 5Th St
Eureka,CA 95501

CHECK NUMBER 1108545    AMOUNT $45.05

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:ABAGALE E STEIDL ESQ
REBECCA J. FARMER

Us Bank Trust Na - Trustee Of Tiki Series Iii Trust