**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| REBECCA J. FARMER | Case No.:16-24814 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/30/2016 and confirmed on 03/03/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,827.00 |
| Less Refunds to Debtor | 2,286.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,541.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,636.17 | |
|   Trustee Fee | 635.54 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,271.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MTGLQ INVESTORS LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0645 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 20,330.81 | 3,348.64 | 2,246.13 | 5,594.77 |
|     Acct: 4526 | | | | |
|   US BANK TRUST NA - TRUSTEE OF TIKI SE | 6,765.05 | 4,640.47 | 483.62 | 5,124.09 |
|     Acct: 4160 | | | | |
|   US BANK TRUST NA - TRUSTEE OF TIKI SE | 18,457.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 4160 | | | | |
| | | | | 10,718.86 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBECCA J. FARMER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBECCA J. FARMER | 381.00 | 381.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBECCA J. FARMER | 381.00 | 381.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-24814 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| REBECCA J. FARMER | 1,143.00 | 1,143.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REBECCA J. FARMER | 381.00 | 381.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,390.00 | 2,545.37 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 90.80 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 0.00 | 197.99 | 0.00 | 197.99 |
| Acct: 4160 | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4160 | | | | |
| CLERK, U S BANKRUPTCY COURT | 307.39 | 307.39 | 0.00 | 307.39 |
| Acct: XXXXXXXXXXXXXXXXXXXXXCING | | | | |
| CLERK, U S BANKRUPTCY COURT | 45.05 | 45.05 | 0.00 | 45.05 |
| Acct: XXXXXXXXXXXXXXXXXXXXXCING | | | | |
| | | | | 550.43 |
| Unsecured | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 364.16 | 0.00 | 0.00 | 0.00 |
| Acct: 5413 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 486.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4840 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 231.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4722 | | | | |
| DISCOVER BANK(*) | 4,223.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0781 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 6,988.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8480 | | | | |
| MIDLAND FUNDING LLC | 579.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8625 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8998 | | | | |
| MICHAEL T MCKEEVER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                           11,269.29

TOTAL CLAIMED
PRIORITY                352.44
SECURED             45,552.95
UNSECURED          12.873.58

Date: 05/17/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com